Jeffry Locke
530 Alameda Del Prado, #396
Novato, CA 94949
Telephone: (415) 413-4401

Trustee in Bankruptcy


APR 26 2011

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA – SANTA ROSA

| In re: | Case No. 09-13751 AJ |
|---|---|
| IMPERITECH INSTALLATIONS, INC. | Chapter 7 |
| DOG, DISH | NOTICE OF UNCLAIMED DIVIDENDS |
| Debtor(s) | |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule 3011, the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $264.79. The name(s) and address(es) of the claimants entitled to the unclaimed dividends are as follows:

| Claim # | Name & Address of Claimant | Claim Amount | Dividend Amount |
|---|---|---|---|
| ABANDON | Imperitech Installations, Inc.<br>5767 DEXTER CIR.,<br>ROHNERT PARK, CA 94928 | 264.79 | 264.79 |
| | Total Unclaimed Dividends | | $264.79 |

Dated: April 24, 2011

_____
Jeffry Locke, TRUSTEE